UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOHN K. HARDEN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:15-CV-594-CHB |
| ) | |
| v. ) | |
| ) | |
| OFFICER KEITH HILLMAN, et al., ) | **MEMORANDUM FROM** |
| ) | ***REMMER* HEARING HELD ON** |
| Defendants. ) | **DECEMBER 10, 2021** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter came before the Court on December 10, 2021, for a *Remmer* Hearing for the sole purpose of taking the witness testimony of Juror "TH." The following participated in the hearing:

For the Plaintiff:

Aubrey Williams

For Defendant Officer Keith Hillman:

Mark A. Osbourne

Juror "TH" participated via Zoom, while all other participants were present in the Courtroom. The Court and counsel for the Plaintiff and Defendant Officer Keith Hillman questioned the witness. The remainder of witness testimony to be taken in this matter is continued to December 17, 2021.

cc: Counsel of Record

Court Reporter: Dena Legg

Time: 02/10 (contested)

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

1