UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


JOHN K. HARDEN                            )
                                          )
              Plaintiff                   )
                                          )
v.                                        )          CASE NO. 3:15-CV-00594-CHB
OFFICER KEITH HILLMAN, ET AL )
                                          )
              Defendant                   )
              _____

**ORDER**
              _____


Motion having been made and the Court having been sufficiently advised;

IT IS HEREBY ORDERED that the Plaintiff's Motion for a New Trial/Mistrial is

granted.

1