UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JOHN K. HARDEN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:15-CV-594-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER KEITH HILLMAN, et al., | ) | |
| | ) | |
| Defendants | ) | |

**MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR JUROR MISCONDUCT HEARING UNDER SEAL**

Comes Plaintiff, John K. Harden, by counsel, and hereby respectfully requests leave of Court to file under seal Plaintiff's Reply to Defendant's Response to Motion For Hearing On Juror Misconduct in the above-styled case. Out of respect for the parties to this lawsuit and others involved in the trial of the case the Motion contains sensitive and private information that shall be subject to restricted access.

For the foregoing reasons, Plaintiff respectfully requests the Court to issue the attached Proposed Order.

Respectfully Submitted,

/ s / Aubrey Williams
AUBREY WILLIAMS
401 West Main Street, Suite 1708
Louisville, KY 40202
Tel:   (502) 581-1088
Fax:   (502) 581-0595
Email:  aubreyw8243@bellsouth.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of March, 2022, the foregoing document was filed with the Clerk via the Court's CM/ECF filing system, which will send notice of filing electronically on even date to Mr. Mark Osbourne, PLLC, 9000 Wessex Place, Suite 200, Louisville, KY 40241, counsel for the Defendants, who was also served by email at mosbourn@bushosbourn.com on even date.

    / s / Aubrey Williams
    AUBREY WILLIAMS